IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ANDREA ANDERSON**                                                                                        **PLAINTIFF**

**VS.**                       **CASE NO. 3:07CV00110 JMM**

**FAMILY DOLLAR STORES OF ARKANSAS, INC.**                   **DEFENDANT**

### ORDER

Defendant's unopposed Motion to Extend Discovery Deadline is granted (#8). The discovery deadline is extended up to, and including, May 30, 2008. The dispositive motions deadline is extended up to, and including, June 20, 2008. The trial date and all other deadlines remain the same.

IT IS SO ORDERED THIS  7  day of  February , 2008.

_____
James M. Moody
United States District Judge