**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO  DIVISION**


**ANDREA ANDERSON**                                                                               **PLAINTIFF**

**VS.**                                        **CASE NO.  3:07CV00110 JMM**


**FAMILY DOLLAR STORES OF**
**ARKANSAS, INC.**                                                                               **DEFENDANT**


## ORDER

  The Motion To Extend Dispositive Motion Deadline is granted (#10).    The parties shall

have up to, and including, July 14, 2008, to file any dispositive motions.

  Based upon a trial date of September 8, 2008, the parties should be aware that the Court

may not rule on the motion for summary judgment until the week of trial.

  IT IS SO ORDERED this  18    day of June, 2008.


_____
James M. Moody
United States District Court