IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ANDREA ANDERSON**                                                                                       **PLAINTIFFS**

**VS.**                                          **CASE NO. 3:07CV00110 JMM**

**FAMILY DOLLAR STORES OF ARKANSAS, INC.**                                  **DEFENDANT**

## ORDER

Plaintiffs' unopposed oral Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment is granted. By agreement between the parties, plaintiff shall have up to, and including, July 30, 2008 to respond to the pending motion.

Based upon a trial date of September 8, 2008, the parties should be aware that the Court may not rule on the motion for summary judgment until the week of trial.

IT IS SO ORDERED this   23   day of July, 2008.


_____
James M. Moody
United States District Judge