IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ANDREA ANDERSON**  **PLAINTIFF**

**VS.** **CASE NO. 3:07CV00110 JMM**

**FAMILY DOLLAR STORES**
**OF ARKANSAS, INC.**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed.

IT IS SO ORDERED this __11__ day of August, 2008.

_____
James M. Moody
United States District Judge